**No. 09-10411. Timothy McDarrah, Petitioner v. United States.**

562 U.S. 950, 131 S. Ct. 80, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7804.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 351 Fed. Appx. 558.

**No. 09-10531. Adrian Chavez-Silva, Petitioner v. United States.**

562 U.S. 950, 131 S. Ct. 87, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7830.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 363 Fed. Appx. 484.

**No. 09-10562. Archie Roy Jackson, Petitioner v. United States.**

562 U.S. 950, 131 S. Ct. 90, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7716.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 596 F.3d 236.

**No. 09-10706. Alexander Samuel, Petitioner v. Bellevue Hospital Center.**

562 U.S. 950, 131 S. Ct. 100, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7722,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 366 Fed. Appx. 206.

**No. 09-10738. Gloria Deanna Dickerson, Petitioner v. United Way of New York City.**

562 U.S. 950, 131 S. Ct. 105, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7656,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 351 Fed. Appx. 506.